UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANNETTE YOUNG,

        Plaintiff,

    v.

AFFORDABLE CARE, LLC, A
FOREIGN PROFIT
CORPORATION;

        Defendant,

_____/

Case No. 2:23-CV-1162-JLB-KCD

## ORDER

This matter was before the Court for oral argument on Plaintiff's Motion to Compel a Forensic Audit (Doc. 31) and Defendant's Motion for Extension of Certain Case Management Deadlines (Doc. 39).

For the reasons stated on the record, Plaintiff's motion is **DENIED WITHOUT PREJUDICE**. Defendant must produce all outstanding discovery within 14 days of this order. The Court *sua sponte* extends the discovery deadline to July 23, 2025, for the limited purpose of Plaintiff conducting follow-up discovery based on any forthcoming production from Defendant. A new scheduling order will follow.

Defendant's motion is **DENIED** because there has been no showing of diligence. According to Defendant, additional time is needed to set Plaintiff's deposition. By all accounts, however, this discovery could have been

completed before the current deadline since Plaintiff's deposition was omitted for strategic reasons. *See, e.g.*, *Williams v. Blue Cross & Blue Shield of Fla., Inc.*, No. 3:09CV225/MCR/MD, 2010 WL 3419720, at *1 (N.D. Fla. Aug. 26, 2010) ("[T]he moving party cannot establish the diligence necessary to show good cause if . . . [it] failed to seek the needed information before the deadline.").

**ORDERED** in Fort Myers, Florida on May 30, 2025.

Kyle C. Dudek
United States Magistrate Judge