UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANNETTE YOUNG,

      Plaintiff,

v.

Case No. 2:23-cv-1162-JLB-KCD

AFFORDABLE CARE, LLC, A
FOREIGN PROFIT
CORPORATION;

      Defendant,
_____/

## **ORDER**

    Plaintiff Annette Young sues her former employer, Affordable Care, LLC, under the Family Medical Leave Act and similar statutes. (*See* Doc. 1.) Pertinent here, the Court previously ordered Affordable Care to produce outstanding documents. Plaintiff was also given additional time to conduct follow-up discovery based on the production. (*See* Doc. 43.)

    Affordable Care supplemented its production (albeit a few days late), and Plaintiff identified five more employees for deposition. (Doc. 48 at 2.) After several conferral emails and scheduling snafus, which don't warrant elaboration, discovery closed. Plaintiff now moves to extend the discovery deadline and compel "Defendant to produce the five previously noticed deponents for 1-hour Zoom depositions on dates agreeable by both parties." (*Id.* at 5.)

Plaintiff's motion is **GRANTED** insofar as it seeks to extend the discovery deadline. Affordable Care has agreed to produce three of the employees for deposition, so Plaintiff's motion is also **GRANTED** in that respect. But Plaintiff's request to compel the other two depositions—"Ms. Monte and Mr. Pelton"—is **DENIED**. The Court's prior order allowed "follow-up discovery based on any forthcoming production from Defendant." (Doc. 43 at 1.) Plaintiff has failed to explain how Monte or Pelton's depositions are the result of Affordable Care's most recent production and not simply belated discovery that could have been done before the original cutoff. Affordable Care must provide its three employees for deposition by August 29, 2025. To accommodate this limited discovery, a new scheduling order will follow.

Finally, Plaintiff's request for "attorneys' fees and costs incurred in bringing this motion pursuant to Fed. R. Civ. P. 37(a)" is **DENIED**. (Doc. 48 at 5.) Neither party appears blameless for this dispute requiring Court intervention. And Affordable Care was substantially justified in resisting at least two of the depositions for the reasons explained.

**ORDERED** in Fort Myers, Florida on August 11, 2025.

Kyle C. Dudek
United States Magistrate Judge